**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Norisha Ramos Soto on behalf of A.A.R.,
                          Plaintiff,                                    18 **CIVIL** 8433 (AJN)

            -against-                                          **JUDGMENT**

Commissioner of Social Security,
                          Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 27, 2020, the R & R is adopted in its entirety and Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
            May 28, 2020

                                                                 **RUBY J. KRAJICK**
                                                                      Clerk of Court
                                    **BY:**
                                                                           **Deputy Clerk**